DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ONOFRE TREVINO-BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                    )<br>            Plaintiff,              )<br>                                                    )<br>        v.                                       )<br>                                                    )<br>ONOFRE TREVINO-BARRON,  )<br>                                                    )<br>            Defendant.           )<br>                                                    )<br>_____) | NO. 1:10-CR-00288 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date:  September 27, 2010<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for September 13, 2010, **may be continued to September 27, 2010 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiation prior to hearing and because, due to a family emergency, counsel may not be in his office on September 13, 2010, the date now set for hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: September 8, 2010     By  /s/ Ian Garriques
IAN GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 8, 2010     By  /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
Onofre Trevino-Barron

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   September 9, 2010

CHIEF UNITED STATES DISTRICT JUDGE